UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WILLIAM F. ARIVELLA, et al.,
    Plaintiffs,


   v.                             CIVIL ACTION NO.
                                  08-10398-MBB

ALCATEL-LUCENT, et al.,
    Defendants.


## PROCEDURAL ORDER

**June 9, 2011**


**BOWLER, U.S.M.J.**

    This court adopted the parties' Joint Stipulation (Docket Entry # 90) and held a three held a three day trial in early May 2011.  At the close of trial on May 6, 2011, the parties waived closing arguments and agreed to rely on their briefs.

    On June 3, 2011, transcripts were filed for all three days. This case is more than three years old and needs a final resolution.  The parties are therefore **ORDERED** to file post trial briefs on or before June 21, 2011, limited to 25 pages in length double spaced in 12 point typeset.  Any citation to trial testimony shall include the page number of the transcript.


                              /s/ Marianne B. Bowler
                            **MARIANNE B. BOWLER**
                            United States Magistrate Judge